IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LLOYD E. WESTBROOK, | |
|---|---|
| Plaintiff, | **8:16CV344** |
| vs. | |
| TYSON FOODS, INC., | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) The parties shall focus at this time on completing the discovery necessary for informed settlement discussions.

2) The parties' motion to extend, (Filing No. 28), is granted as follows:

a) The deadline for filing motions to compel is extended to April 2, 2018.

b) All other unexpired deadlines are continued, and the pretrial conference and trial settings are vacated pending further order of the court.

c) A telephonic conference with the undersigned magistrate judge will be held on May 24, 2018 at 9:00 a.m. to discuss the parties' progress toward settlement, and whether new trial and pretrial conference settings are necessary. Counsel shall use the conferencing information assigned to this case (see Filing No. 15) to participate in the call.

d) This call will be cancelled and a deadline will be set for filing dismissal documents if, prior to the call, the parties advise my chambers by telephone ((402) 437-1670) or by email ([zwart@ned.uscourts.gov](zwart@ned.uscourts.gov)) that the case is settled.

February 6, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge